AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Carolyn Fjord, et al. (See Attachment) | ) | |
| *Plaintiff* | ) ) ) | Civil Action No. CV-13 3041 SBA |
| v. | ) | |
| US Airways Group, Inc. and US Airways, Inc. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US Airways Group, Inc. and US Airways, Inc.
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph M. Alioto
Alioto Law Firm
One Sansome Street, 35th Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Simone Voltz

Date: 07/02/2013

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS

*Carolyn Fjord, et al., v. US Airways Group, Inc. and US Airways, Inc..*
*United States District Court – Northern District of California*

### LISTING OF PLAINTIFFS

CAROLYN FJORD, KATHERINE R. ARCELL, KEITH DEAN BRADT, JUDY BRAY, JOSE' M. BRITO, JAN MARIE BROWN, ROBERT D. CONWAY, JUDY CRANDALL, ROSEMARY D'AUGUSTA, BRENDA K. DAVIS, PAMELA FAUST, DON FREELAND, DONALD V. FRY, GABRIEL GARAVANIAN, HARRY GARAVANIAN, YVONNE JOCELYN GARDNER, LEE M. GENTRY, VALARIE ANN JOLLY, GAIL S. KOSACH, MICHAEL C. MALANEY, LEN MARAZZO, LISA MCCARTHY, PATRICIA ANN MEEUWSEN, L. WEST OEHMIG, JR., CYNTHIA PROSTERMAN, DEBORAH M. PULFER, DANA L. ROBINSON, ROBERT A. ROSENTHAL, BILL RUBINSOHN, SONDRA K. RUSSELL, SYLVIA N. SPARKS, JUNE STANSBURY, CLYDE D. STENSRUD, WAYNE TALEFF, GARY TALEWSKY, ANNETTE M. TIPPETTS, DIANA LYNN ULTICAN, J. MICHAEL WALKER, PAMELA S. WARD.

### LISTING OF PLAINTIFFS' ATTORNEYS

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: jmalioto@aliotolaw.com
Email: tmoore@aliotolaw.com
Email: jmiller@aliotolaw.com

Gil D. Messina
*Pro Hac Vice Pending*
Timothy A. C. May
*Pro Hac Vice Pending*
Messina Law Firm, P.C.
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com
        tmay@messinalawfirm.com

John Haslet Boone
LAW OFFICES OF JOHN H. BOONE
4319 Sequoia Drive
Oakley, CA  94561
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: deacon38@gmail.com