Carolyn Fjord, et al., v. US Airways Group, Inc. and US Airways, Inc. .
United States District Court – Northern District of California

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Signed this day, July 2, 2013, in San Francisco, California.

Jamie L. Miller
*Attorney for Plaintiffs*