FILED
2013 JUL -2 P 12:56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carolyn Fjord, et al.

No. C  CV 13 3041  SBA

Plaintiff(s),

v.

US Airways Group, Inc. and US Airways, Inc.

Defendant(s).
_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: __July 2, 2013__         Signature _____

Counsel for  Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")