Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
        jmiller@aliotolaw.com

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose' M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward. | CASE NO.: 4:13-CV-03041-SBA **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|              Plaintiffs, | |
|         v. | |
| US AIRWAYS GROUP, INC. and US AIRWAYS, | |
|              Defendants. | |

- 1 -

*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Carolyn Ford, *et al*., voluntarily dismiss without prejudice the above-entitled action against Defendants US Airways Group, Inc. and US Airways.  This dismissal is without prejudice.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.


Dated: October 2, 2013

**ALIOTO LAW FIRM**

By:   */s/ Joseph M. Alioto*
        Joseph M. Alioto (SBN 42680)
        Theresa D. Moore (SBN 99978)
        Jamie L. Miller (SBN 271452)
        **ALIOTO LAW FIRM**
        One Sansome Street, 35th Floor
        San Francisco, CA  94104
        Telephone:  (415) 434-8900
        Facsimile:   (415) 434-9200
        E-mail:  jmalioto@aliotolaw.com
                jmiller@aliotolaw.com

## PLAINTIFFS' COUNSEL

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com
        jmiller@aliotolaw.com

Gil D. Messina
*Pro Hac Vice Pending*
Timothy A. C. May
*Pro Hac Vice Pending*
Messina Law Firm, P.C.
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com
        tmay@messinalawfirm.com

John Haslet Boone
LAW OFFICES OF JOHN H. BOONE
4319 Sequoia Drive
Oakley, CA  94561
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: deacon38@gmail.com

*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*